# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**
    Plaintiff
  vs.                                          **CASE NUMBER: 5:12-CV-127 (GTS/DEP)**

**JOHN M. CAFOLLA**
    Defendant


**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Default Judgment is Granted in part and Denied in part, Plaintiff is awarded $9,193.02 in outstanding principal on loans 1 and 2. Plaintiff is awarded $2,082.21 in prejudgment interest and $55.00 in service of process fees. Therefore plaintiff is awarded a total of $11,330.23. Plaintiff's request for post judgment interest on the total money judgment is granted, at the rate of 0.188 percent per year, pursuant to 28 USC section 1961.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of June, 2012.

DATED: June 28, 2012

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk